PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual: Nelson La'Shawn Price  
Cr.: 16-00024-001  
PACTS #: 2121502

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES  
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2016

Original Offense:   <u>Count One</u>:  Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c), a Class C Felony.  
<u>Count Two</u>: Possession of a Firearm I Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), a Class A Felony.

Original Sentence: 78 months' imprisonment, 60 months' supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing, Alcohol Treatment and Prohibition, Drug Treatment, No New Debt/Credit

Type of Supervision: Supervised Release            Date Supervision Commenced: June 23, 2021

## NONCOMPLIANCE SUMMARY

The individual has not complied with the following conditions of supervision:

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

1       **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances."**

On July 1, 2021, Price reported to the probation office. The undersigned officer secured a urine specimen, which tested positive for cocaine. Prior to securing the urine specimen, Price reported he was prescribed a "weight loss supplement" that could yield a positive result for amphetamines. A copy of the prescription reflects a medication called Phentermine, which could result in a false positive result for amphetamines. It is noted that cocaine does not metabolize to amphetamine, but instead benzoylecgonine, when confirmed by the laboratory.

U.S. Probation Officer Action:

Due to Price's relapse, the undersigned officer referred him to Trinitas Hospital, in Elizabeth, New Jersey, an outpatient substance abuse program, for an intake assessment. The undersigned officer is currently awaiting an assessment date.

Prob 12A – page 2
Nelson La'Shawn Price

The Probation Office is recommending no Court action be taken at this time since it's Price's first instance of noncompliance and positive drug test. Price has been referred for substance abuse treatment assessment and if his non-compliance continues, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*                              07/08/21

ELISA MARTINEZ                        Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

7/21/2021
Date