PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual: Nelson La'Shawn Price                                   Cr.: 16-00024-001
                                                                            PACTS #: 2121502

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                        CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:      THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2016

Original Offense:   Count One: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c), a Class C Felony.
                    Count Two: Possession of a Firearm I Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), a Class A Felony.

Original Sentence: 78 months' imprisonment, 60 months' supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing/Treatment, Alcohol Treatment and Prohibition, No New Debt/Credit

Type of Supervision: Supervised Release                    Date Supervision Commenced: June 23, 2021

## NONCOMPLIANCE SUMMARY

The individual has not complied with the following conditions of supervision:

Violation Number     Nature of Noncompliance

1                    **"You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition."**

                     On December 6, 2021, Price reported to Integrity House for his substance abuse treatment session. A urine specimen was secured, which confirmed positive for cocaine. On December 14, 2021, a subsequent urine specimen was collected at Integrity House, which tested negative for all illicit substances.

Prob 12A – page 2
Nelson La'Shawn Price

On December 16, 2021, the undersigned officer met with Price to discuss the positive urine specimen results. Price denied consumption of cocaine, as well as any other illicit substances.

U.S. Probation Officer Action:

On September 15, 2021, Price was successfully discharged from inpatient treatment continues to attend outpatient treatment program at Integrity House. Price's treatment plan consists of weekly individual and group sessions and urine monitoring. Due to Price's relapse, testing has been increased to two (2) times per week.

The Probation Office is recommending no Court action be taken at this time to allow him time to remain engaged in treatment. If Price's non-compliance continues, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*          1/05/22

ELISA MARTINEZ          Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

1/6/2022
Date