PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Individual Under Supervision

Name of Individual: Nelson La'Shawn Price                                                                                     Cr.: 16-00024-001
                                                                                                                                                    PACTS #: 2121502

Name of Sentencing Judicial Officer:     THE HONORABLE JOSE L. LINARES
                                                                   CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:       THE HONORABLE CLAIRE C. CECCHI
                                                                 UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/28/2016

Original Offense:    Count One: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(c), a Class C Felony.
Count Two: Possession of a Firearm I Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. §§ 924(c)(1)(A)(i), a Class A Felony.

Original Sentence: 78 months' imprisonment, 60 months' supervised release

Special Conditions: Special Assessment, Restitution - Money, Substance Abuse Testing/Treatment, Alcohol Treatment and Prohibition, No New Debt/Credit

Type of Supervision: Supervised Release                                      Date Supervision Commenced: June 23, 2021

### NONCOMPLIANCE SUMMARY

The individual has not complied with the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **"The defendant shall make restitution in the amount of $1,367.49, The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Room 2020, Trenton, New Jersey 08608, for distribution to J. Fletcher Creamer & Son, Inc, 101 East Broadway, Hackensack, NJ 07601 Attn: John Dinicola, Claims Supervisor. The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP). If the defendant participates in the IFRP, the restitution will be paid at from those funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to the commencement of supervision, you must satisfy the amount due in monthly installments of no less than $50, to commence 30 days after release from confinement."**

Prob 12A – page 2
Nelson La'Shawn Price

2     **"You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. Ig you plan to change where you work or anything about your work (such as your position or your job responsibilities) you must notify the probation officer at least 10 days before the change. If notifying the probation officer as least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change."**

Due to the nature of the charges, evidentiary support regarding violations One and Two have been combined. Price has not made any payments towards his restitution since the commencement of supervision. According to OPERA, Price's last payment was made while in the Bureau of Prisons' custody, on September 8, 2020, in the amount of $25. A total of $300 has been collected towards the special assessment fee and restitution, with an outstanding balance of $1,267.49. Price has been provided the information on how and where to make his payments, and he was until one (1) month ago, gainfully employed.

On June 30, 2022, the undersigned officer conducted an unannounced home visit, which Price admitted he was no longer employed. Price reported he was no longer getting hours and stopped working approximately two (2) weeks ago. Price failed to inform the undersigned officer that he was no longer employed. According to Price's substance abuse counselor, Price has reported new employment as of July 11, 2022.

U.S. Probation Officer Action:

The Probation Office is recommending no Court action be taken at this time to allow Price time to make a payment towards his restitution, as he has reported he is now gainfully employed. If Price's non-compliance continues, the Court will be notified immediately.

Prob 12A – page 3
Nelson La'Shawn Price

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*

By:   ERIN A. DESILVA
      U.S. Probation Officer

/ ead

APPROVED:

*Kevin M. Villa*      7/13/2022

KEVIN M. VILLA    Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

Signature of Judicial Officer

7/13/2022
Date